

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00356-CR
### NO. 02-13-00357-CR

JOSEPH FLORES                                                          APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

------------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Joseph Flores attempts to appeal from the trial court's judgments convicting him of burglary of a habitation and aggravated robbery with a deadly weapon and sentencing him to twenty years' confinement for each offense, to be served concurrently, pursuant to plea agreements.

The trial court entered its judgments on July 6, 2012. Appellant did not file his notices of appeal until over a year later, on July 23, 2013. In the burglary

------------

[1]*See* Tex. R. App. P. 47.4.

case, the trial court's certification of his right to appeal states, "[T]he defendant has waived the right of appeal." The trial court's certification of appellant's right to appeal in the aggravated robbery case states that this case "is a plea-bargain case, and the defendant has NO right of appeal."

On July 30, 2013, this court notified appellant about our concern that we lacked jurisdiction over the appeals because of the statements on the trial court's certifications and the untimeliness of the notices of appeal. We informed him that unless he or any party desiring to continue the appeals filed with the court, on or before August 9, 2013, a response showing grounds for continuing the appeals, the appeals could be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response. Therefore, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 10, 2013

2